Keller W. Allen, WSBA No. 18794
LAW FIRM OF KELLER W. ALLEN, P.C.
The Paulsen Center, Suite 421
421 W. Riverside Avenue
Spokane, WA 99201
Telephone: (509) 777-2211
Facsimile: (509) 777-2215

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| MATTHEW CUDNEY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ALSCO, INC., a Nevada corporation,<br><br>　　　　　Defendant. | Case No. CV-08-314-LRS<br><br>**ORDER TO SUPPLEMENT THE CERTIFIED RECORD TO THE WASHINGTON STATE SUPREME COURT** |

Pursuant to the joint request of the parties through their counsel of record, and the Court finding that good cause exists to supplement the Certified Record to the Washington State Supreme Court;

Accordingly, the Court hereby supplements the Certified Record previously provided by the Court to the Washington State Supreme Court with the following pleadings:

ORDER TO SUPPLEMENT THE
CERTIFIED RECORD TO THE WASHINGTON
STATE SUPREME COURT - Page 1

LAW FIRM OF KELLER W. ALLEN, P.C.
421 W. Riverside Avenue, Suite 421
Spokane, WA 99201
Tel: (509) 777-2211
Fax: (509) 777-2215

1. Defendant's LR 56.1 Statement of Material Facts (Court Record No. 16).

2. Plaintiff's Statement of Material Facts in Opposition to Defendant's Motion for Summary Judgment (Court Record No. 19).

3. Declaration of Matthew Cudney (Court Record No. 20).

4. Defendant's LR 56.1 Reply Statement of Material Facts (Court Record No. 22).

The clerk is directed to provide the listed Court Record items to the Washington State Supreme Court.

IT IS SO ORDERED this 12th day of June, 2009.

s/Lonny R. Suko

LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER TO SUPPLEMENT THE
CERTIFIED RECORD TO THE WASHINGTON
STATE SUPREME COURT - Page 2

LAW FIRM OF KELLER W. ALLEN, P.C.
421 W. Riverside Avenue, Suite 421
Spokane, WA 99201
Tel: (509) 777-2211
Fax: (509) 777-2215