UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MATTHEW CUDNEY, <br><br> Plaintiff, <br><br> v. <br><br> ALSCO, INC., a Nevada corporation, <br><br> Defendant. | NO. CV-08-314-LRS <br><br> **ORDER OF DISMISSAL WITH PREJUDICE** |

THIS MATTER having been stipulated to by the parties (ECF No. 38) through their counsel of record, and the Court finding that good cause exists to grant an order of dismissal with prejudice in this matter:

IT IS HEREBY ORDERED that the above captioned matter is dismissed with prejudice and each party shall bear their own fees and costs.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this order and to provide copies to counsel.

**DATED** this   12th   day of March, 2012.

*s/Lonny R. Suko*

———————————————
LONNY R. SUKO
United States District Judge

**ORDER OF DISMISSAL WITH PREJUDICE-**            **1**